IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TECUMSEH BROWN-EAGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Civil No. 1:12-cv-314 |
| ) | Judge Maurice B. Cohill |
| COUNTY OF ERIE, PENNSYLVANIA, ) | |
| ) | |
| Defendant. ) | |

### Final Judgment Order

AND NOW, to-wit, this __22nd__ day of July, 2015, after careful consideration of the briefs and evidence and for the reasons set forth in the Opinion filed contemporaneously with this Order, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion for Summary Judgment (ECF No. 44) be and hereby is GRANTED.

IT IS FURTHER ORDERED that Judgment is GRANTED as a matter of law in favor of Defendant County of Erie and against Plaintiff Tecumseh Brown-Eagle.

The Clerk of Court is to mark this case CLOSED.

*Maurice B. Cohill Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge

1